No. 3202. HERNÁNDEZ MENA, APELANTE, *v.* SÁNCHEZ, APELADO.—C. de D. de San Juan, Primer Distrito. R. mar. 25, 1924. Celebrada la vista con la sola asistencia de la apelada, examinados los autos y los alegatos y estimando que la corte de distrito actuó con razón derecha al concluir que la demanda de nulidad no aduce hechos suficientes para determinar una causa de acción, porque si bien en ella se alegó que no está vencido el plazo de dos años que fué convenido para el pago de la deuda hipotecaria, tal alegación no implica necesariamente que no estuviera vencida la obligación y porque de los mismos términos de la demanda se deduce que se hizo el requerimiento en debida forma y finalmente que el demandante con su comparecencia voluntaria reconoció la jurisdicción de la corte, se confirma la sentencia recurrida.

No. 2894. GOFFINET ET AL., APELADOS, *v.* POLANCO, APELANTE.—C. de D. de Humacao. R. mar. 26, 1924. Celebrada la vista de esta apelación con asistencia e informe de los abogados de ambas partes, examinados los autos y los alegatos, habiendo en consideración lo decidido en *Goffinet et al. v. Polanco* 30 D. P. R. 826, que debe considerarse como la ley del caso, se confirmó la resolución apelada.

No. 3115. CRESPO ET AL., APELADOS, *v.* CRESPO, ET AL., APELANTES.—C. de D. de Aguadilla. R. mar. 26, 1924. No ajustándose el alegato al reglamento, por no contener una especificación de errores, ni la transcripción a la ley, se desestimó el recurso.